Below is an Order of the Court.

_____
ELIZABETH PERRIS
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | Case No. 10-61592-elp13 |
| | ) | |
| SCOTT D. PRESLEY and | ) | STIPULATION AND ORDER |
| MAXANNE E. PRESLEY, | ) | AMENDING CHAPTER 13 PLAN |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |

Based upon the stipulation of the parties,

IT IS ORDERED that:

1. The debtors' Chapter 13 Plan Dated March 24, 2010, is amended as follows:

   a. Paragraph 1(d): Insert "a lump sum payment of $<u>3,739.53 (funds from bonus)</u> on or before <u> May 5, 2011 </u>."

///
///
///
///
///
///
///

**Page 1 of 2 -  STIPULATION AND ORDER AMENDING CHAPTER 13 PLAN**

2. Except as expressly revised herein, all of the terms of the Chapter 13 Plan Dated March 24, 2010, and the Order Confirming Plan and Resolving Motions filed May 12, 2010, shall continue to apply.

###

IT IS SO STIPULATED:

 /s/ Brian D. Turner
Brian D. Turner, OSB #04013
Attorney for Debtors


FRED LONG, TRUSTEE

By:  /s/ Paul J. Garrick
    Paul J. Garrick, OSB #82475
    Staff Attorney


PRESENTED BY:

FRED LONG, TRUSTEE

By:  /s/ Paul J. Garrick
    Paul J. Garrick, OSB #82475
    Office of Fred Long, Trustee
    P.O. Box 467
    Eugene, OR 97440
    Telephone: (541) 343-1556

**Page 2 of 2 -  STIPULATION AND ORDER AMENDING CHAPTER 13 PLAN**